In the Matter of FRANK A. DE STASIO, Respondent, against BENJAMIN FIELDING, as Commissioner of the Department of Licenses of the City of New York, Appellant.

Argued April 8, 1946; decided May 29, 1946.

*Bernard Jacobson* for respondent.

*John J. Bennett, Corporation Counsel (Richard L. Baltimore, Jr.,* of counsel), for appellant.

Orders reversed and petition dismissed, with costs, on the authority of *Matter of Arroyo* v. *Moss* (295 N. Y. 754). No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.